# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

RONALD LEE HAMILTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-3708

_____

September 27, 2023

Appeal from the Circuit Court for Hillsborough County; Christopher C. Sabella, Judge.

Howard L. Dimmig, II, Public Defender, and Jeffrey Sullivan, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Cynthia Richards, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

SLEET, C.J., and LaROSE and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.